UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KRUEGER INTERNATIONAL, INC.,

    Plaintiff,

v.                                   Case No. 07-C-736

FEDERAL INSURANCE CO. et al.,

    Defendants.

**ORDER UNSEALING CASE**

This Court directed the parties to indicate which, if any, documents they wish to keep under seal. KI has indicated that it believes Exhibit II to the S&P amended complaint should be kept sealed because it contains sensitive business information. My review of that exhibit suggests that the information is both proprietary and unnecessary to the public's understanding of this action. Accordingly, all sealed documents in this case are to be unsealed, except for Ex. IV.II to Docket No. 51.

**SO ORDERED** this   26th   day of January, 2009.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge